[No. 27044-1-III. Division Three. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMON VENICE DEERHEIM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00120-5, Kathleen M. O'Connor, J., entered April 10, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27325-3-III. Division Three. May 5, 2009.]

*In the Matter of the Postsentence Review of* MARCUS LEE JACQUETTE.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03593-6, Maryann C. Moreno, J., entered April 16, 2007. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27437-3-III. Division Three. May 5, 2009.]

*In the Matter of the Custody of* S.T.T.

JOHN THAMES ET AL., *Respondents*, v. SHEILA R. EMCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-01342-7, Salvatore F. Cozza, J., entered August 20, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.